IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2379-MSK-PAC

MAX MARTIN,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation to Dismiss Action with Prejudice, and Rule 41 of the Federal Rules of Civil Procedure, this action is dismissed, with prejudice, with each party to pay its own costs, expenses and legal fees.

DATED this 18th day of July, 2005.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge

897497.1

897497.1